IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| YVONNE R. ALSTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: _____ |
| | ) | |
| PALISADES COLLECTION, L.L.C., | ) | |
| | ) | |
| Defendant, | ) | |

## NOTICE OF REMOVAL

Defendant Palisades Collection, L.L.C. ("Palisades") by and through counsel, hereby removes to this Court the state court action described below.

1. On February 20, 2013, Plaintiff Yvonne Alston ("Plaintiff") filed an action in the Circuit Court for Prince George's County, Maryland entitled *Yvonne Alston v. Palisades Collection, L.L.C.* and assigned Case No.: CAL13-04785. A copy of the Writ of Summons and Complaint which constitutes all papers filed in the state court is attached and marked as Exhibit "A."

2. This action is a civil action over which this Honorable Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court pursuant to 28 U.S.C. § 1441 in that it presents a federal question as Plaintiff alleges violations of 15 U.S.C. § 1692 *et seq.*, the Fair Debt Collection Practices Act ("FDCPA") and 15 U.S.C. § 1681 *et seq.*, the Fair Credit Reporting Act ("FCRA").

3. This Court also has supplemental jurisdiction over the state-law claim asserted by the Plaintiff pursuant to 28 U.S.C. §1367(a) and 28 U.S.C. §1441(c).

4. Plaintiff served Palisades by certified mail to Palisades' registered agent on March 7, 2013. This removal therefore is timely pursuant to 28 U.S.C. § 1446(b).

5. To the best of the undersigned's knowledge, no other pleadings or documents, other than the documents attached hereto, have been filed in this matter.

6. As required by 28 U.S.C. § 1446(d), Palisades will give notice of the filing of this notice to the Plaintiff and to the Clerk of the Circuit Court for Prince George's County, Maryland where the action is currently pending.

WHEREFORE, Palisades respectfully requests that the above captioned matter currently pending in the Circuit Court for Prince George's County, Maryland, be removed to this Honorable Court.

THE LAW OFFICES OF RONALD S. CANTER, LLC

_____
Ronald S. Canter, Esquire
200A Monroe Street, Suite 104
Rockville, Maryland 20850
Telephone: (301) 424-7490
Facsimile: (301) 424-7470
E-Mail: rcanter@roncanterllc.com
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing was served upon the individual(s) listed below by First Class Mail, postage prepaid on this 4th day of April, 2013 to:

> Yvonne E. Alston
> 10012 Cedarhollow Lane
> Largo, Maryland 20774
> *Pro Se Plaintiff*

_____
Ronald S. Canter, Esquire
*Attorney for Defendant*