**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)**

| | | |
|---|---|---|
| **YVONNE R. ALSTON** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.: 8:13-cv-01012-RWT |
| | ) | |
| **PALISADES COLLECTION, L.L.C.** | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF SETTLEMENT

PLEASE BE ADVISED that the above-named Plaintiff and Defendant have preliminarily settled this civil action on all issues. The Parties will file a Stipulation of Dismissal as soon as the settlement is completed, which they anticipate will take approximately thirty (30) days. In the interim, Defendant with Plaintiff's consent, hereby respectfully requests that this Court enter an Order pursuant to Local Rule 111.

Respectfully submitted this 26th day of June, 2013.

THE LAW OFFICES OF RONALD S. CANTER, LLC

/s/ Birgit Dachtera Stuart
Birgit Dachtera Stuart, Esquire
Bar. No. 17420
200A Monroe Street, Suite 104
Rockville, Maryland 20850
Telephone:  (301) 424-7490
Facsimile:   (301) 424-7470
E-Mail:  bstuart@roncanterllc.com
*Attorney for Defendant Palisades Collection, LLC*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned does hereby certify that a true and correct copy of the foregoing was served upon the individual(s) listed below by First Class Mail, postage prepaid on this 26th day of June, 2013 to:

> Yvonne E. Alston
> 10012 Cedarhollow Lane
> Largo, Maryland 20774
> *Pro Se Plaintiff*

/s/ Birgit Dachtera Stuart
Birgit Dachtera Stuart, Esquire
*Attorney for Defendant Palisades Collection, LLC*